UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 3:07-CR-96 |
| | ) | **(Phillips)** |
| ELMER SHEAFE | ) | |

## ORDER

The government's motion to dismiss the indictment filed in this case [Doc. 18] is **GRANTED.**

**ENTER:**

　　　s/ Thomas W. Phillips　　
United States District Judge